**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| LUIS MORA, | ) | Case No. CV 09-3253-FMC(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: May 14, 2009

_____

Florence-Marie Cooper
United States District Judge